FILED & ENTERED

JUN 01 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CINEVISION INTERNATIONAL, INC.,<br><br>Debtor. | Case No.: 2:11-bk-40813-TD<br><br>CHAPTER 7<br><br>ORDER TO SHOW CAUSE RE: CONTEMPT AGAINST FRANK A. MAYOR AND CINDY GUNADI<br><br>Date: July 1, 2015<br>Time: 10:00 a.m.<br>Ctrm: Honorable Thomas B. Donovan<br>    Court Room 1345<br>    255 E. Temple Street<br>    Los Angeles, California 90012 |

On March 12, 2015, the Chapter 7 Trustee, Edward M. Wolkowitz, obtained a Judgment for Turnover of Property belonging to the Bankruptcy Estate against Debtor's co-owners Cindy Gunadi and Frank Mayor. Gunadi and Mayor were proven to have intentionally secreted from the Trustee the Estate's ownership interests in: (1) post-production film editing equipment; (2) 10,156 (ten thousand one hundred and fifty six)

DVDs that comprised sixteen (16) different movie titles; and (3) a $10,500 (ten thousand five hundred dollar) cash account receivable payment.

On May 15, 2015, Debtor, Cinevision International, Inc., filed an Application for an Order to Show Cause why Frank A. Mayor and Cindy Gunadi should not be held in contempt for violation of the automatic stay and ordered to pay sanctions for contempt of court in the amount of compensatory attorneys fees and costs because of their willful breach of the automatic stay and knowing failure to turn over Property belonging to the Bankruptcy Estate.

The Court having read the Application and supporting evidence and upon good cause shown,

IT IS HEREBY ORDERED that Frank A. Mayor and Cindy Gunadi are hereby Ordered to file a written explanation, if any, why they should not be held in civil contempt for their knowing violation of the automatic stay and turnover obligations (11 U.S.C. § 105(a) and 11 USC § 542(a)).  Said written explanation shall be filed and served no later than June 10, 2015.

IT IS FURTHER ORDERED that Frank A. Mayor and Cindy Gunadi appear on **July 1, 2015 at 10:00 a.m.** in Courtroom 1345 of the above-entitled Court located at 255 E. Temple Street, Los Angeles, California 90012 and to show cause why they should not be held in civil contempt.

IT IS FURTHER ORDERED that Frank A. Mayor and Cindy Gunadi must show cause at that time and place why compensatory attorneys fees and costs in the amount of $99,745.24 should not be imposed against them because of their willful breach of the

automatic stay and knowing failure to turn over Property belonging to the Bankruptcy Estate.

####

Date: June 1, 2015

Thomas B. Donovan
United States Bankruptcy Judge

- 3 -