EDWARD M. WOLKOWITZ, TRUSTEE (SBN 068298)
800 S. Figueroa Street, #1260
Los Angeles, CA 90017
emw@lnbyb.com
Telephone: (310) 229-1234
Facsimile: (213) 627-7194

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| CINEVISION INTERNATIONAL, INC. | § | Case No. 2:11-bk-40813-RK |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EDWARD M. WOLKOWITZ, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $532,000.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $30,500.00 | |

3) Total gross receipts of $30,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $4,500.00 | $4,500.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $26,932.38 | $26,932.38 | $26,932.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $93,786.96 | $93,786.96 | $3,567.62 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $322,438.00 | $35,175.00 | $35,175.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $5,565,734.00 | $4,179,795.97 | $4,179,795.97 | $0.00 |
| **TOTAL DISBURSEMENTS** | $5,888,172.00 | $4,340,190.31 | $4,340,190.31 | $30,500.00 |

4) This case was originally filed under chapter 11 on 07/19/2011, and it was converted to chapter 7 on 03/22/2012. The case was pending for 98 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

CASE IS ADMINISTRATIVELY INSOLVENT

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   09/12/2019                    By :    /s/ EDWARD M. WOLKOWITZ

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| INVENTORY | 1129-000 | $20,000.00 |
| FRAUDULENT/PREFERENTIAL TRANSFERS | 1249-000 | $10,500.00 |
| **TOTAL GROSS RECEIPTS** | | $30,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 010A | TENNESSEE COMMERCE BANK | 4210-000 | NA | $4,500.00 | $4,500.00 | $0.00 |
| | **TOTAL SECURED** | | $0.00 | $4,500.00 | $4,500.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LOS ANGELES COUNTY TREASURER | 2990-000 | NA | $1,769.62 | $1,769.62 | $1,769.62 |
| EDWARD M WOLKOWITZ | 2200-000 | NA | $198.17 | $198.17 | $198.17 |
| DONALD T. FIFE | 3420-000 | NA | $923.50 | $923.50 | $923.50 |
| CLERK OF THE COURT | 2700-000 | NA | $543.00 | $543.00 | $543.00 |
| FRANCHISE TAX BOARD BANKRUPTCY | 2990-000 | NA | $8,724.96 | $8,724.96 | $8,724.96 |
| DONALD T. FIFE | 3410-000 | NA | $7,602.00 | $7,602.00 | $7,602.00 |
| EDWARD M WOLKOWITZ | 2100-000 | NA | $3,800.00 | $3,800.00 | $3,800.00 |
| FRANCHISE TAX BOARD | 2990-000 | NA | $823.68 | $823.68 | $823.68 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LOS ANGELES COUNTY TREASURER | 2990-000 | NA | $537.78 | $537.78 | $537.78 |
| UNITED STATES TRUSTEE | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| ASSOCIATED BANK | 2600-000 | NA | $236.41 | $236.41 | $236.41 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $53.97 | $53.97 | $53.97 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $78.56 | $78.56 | $78.56 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $8.63 | $8.63 | $8.63 |
| Texas Capital Bank | 2600-000 | NA | $657.10 | $657.10 | $657.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $26,932.38 | $26,932.38 | $26,932.38 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARC A LIEBERMAN | 6210-000 | NA | $88,862.94 | $88,862.94 | $3,380.31 |
| MARC A LIEBERMAN | 6220-000 | NA | $4,924.02 | $4,924.02 | $187.31 |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $93,786.96 | $93,786.96 | $3,567.62 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmer Benavides | | $54,000.00 | NA | NA | $0.00 |
| | Franchise Tax Board | | NA | NA | NA | $0.00 |
| | Nana Lee | | $48,000.00 | NA | NA | $0.00 |
| | Hedieh Khorsand | | $26,500.00 | NA | NA | $0.00 |
| | Internal Revenue Service | | NA | NA | NA | $0.00 |
| | Los Angeles County Tax Collector | | $500.00 | NA | NA | $0.00 |
| | Jennifer Siglock | | $60,000.00 | NA | NA | $0.00 |
| | Huan Gu | | $20,000.00 | NA | NA | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toby Record | | $18,500.00 | NA | NA | $0.00 |
| | Ashley Witt | | $22,000.00 | NA | NA | $0.00 |
| | Jon Krashna | | NA | NA | NA | $0.00 |
| | Koren Young | | $72,938.00 | NA | NA | $0.00 |
| | State Board of Equalization | | NA | NA | NA | $0.00 |
| 003A | KOREN YOUNG | 5300-000 | NA | $11,725.00 | $11,725.00 | $0.00 |
| 013A | JON KRASHNA | 5300-000 | NA | $11,725.00 | $11,725.00 | $0.00 |
| 017A | ELMER BENAVIDES | 5300-000 | NA | $11,725.00 | $11,725.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$322,438.00** | **$35,175.00** | **$35,175.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 018 | GEORGE AND RUTH | 7100-000 | NA | $406,000.00 | $406,000.00 | $0.00 |
| 017B | ELMER BENAVIDES | 7100-000 | NA | $60,275.00 | $60,275.00 | $0.00 |
| 013B | JON KRASHNA | 7100-000 | NA | $101,367.83 | $101,367.83 | $0.00 |
| 011 | VISIONARY ARTISTS LLC | 7100-000 | NA | $2,900,000.00 | $2,900,000.00 | $0.00 |
| 009 | JACK HUNTER | 7100-000 | NA | $292,000.00 | $292,000.00 | $0.00 |
| 008 | PACIFIC BELL TELEPHONE % | 7100-000 | NA | $1,407.62 | $1,407.62 | $0.00 |
| 006 | CHOCOLATE SUNDAES LLC | 7100-000 | NA | $328,812.95 | $328,812.95 | $0.00 |
| 005 | JEFFREY WARD | 7100-000 | NA | $20,933.18 | $20,933.18 | $0.00 |
| 004 | FEDEX TECH CONNECT INC | 7100-000 | NA | $317.74 | $317.74 | $0.00 |
| 003B | KOREN YOUNG | 7100-000 | NA | $61,213.40 | $61,213.40 | $0.00 |
| 002 | PUBLICATIONS, INC. | 7100-000 | NA | $5,468.25 | $5,468.25 | $0.00 |
| 001 | MPG ADVERTISING (07415) | 7100-000 | NA | $2,000.00 | $2,000.00 | $0.00 |
| | Action Concept | | $35,000.00 | NA | NA | $0.00 |
| | AIM Group | | $110,000.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | $1,042.00 | NA | NA | $0.00 |
| | Bamboo Lane LLC | | NA | NA | NA | $0.00 |
| | Chocolate Sundaes | | $150,000.00 | NA | NA | $0.00 |
| | Cindy Gunadi | | $600,000.00 | NA | NA | $0.00 |
| | Crush Creative | | $3,067.00 | NA | NA | $0.00 |
| | Enoble Media Group | | $2,000.00 | NA | NA | $0.00 |
| | Exchange Bank | | $7,370.00 | NA | NA | $0.00 |
| | Fed Ex | | $318.00 | NA | NA | $0.00 |
| | Frank Mayor | | $400,000.00 | NA | NA | $0.00 |
| | Fred Faramarzi | | $2,947,264.00 | NA | NA | $0.00 |
| | Global Entertainment Media Inc | | $1,053,549.00 | NA | NA | $0.00 |
| | Harris Publications | | $6,108.00 | NA | NA | $0.00 |
| | ISCI, Inc | | NA | NA | NA | $0.00 |
| | Jack Hunter | | $160,000.00 | NA | NA | $0.00 |
| | Jeffrey Ward | | $12,131.00 | NA | NA | $0.00 |
| | Muni Services | | $2,024.00 | NA | NA | $0.00 |
| | National Film And Sound Archive | | $305.00 | NA | NA | $0.00 |
| | Peter Cohen | | $54,680.00 | NA | NA | $0.00 |
| | Pinlight LLC | | $8,000.00 | NA | NA | $0.00 |
| | Pinnacle | | $6,103.00 | NA | NA | $0.00 |
| | Szabo | | $2,000.00 | NA | NA | $0.00 |
| | Tennessee Commerce Bank | | $4,773.00 | NA | NA | $0.00 |
| | Visionary Artists LLC | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,565,734.00 | $4,179,795.97 | $4,179,795.97 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:  11-40813** | **Judge:  Robert N. Kwan**  **Trustee Name:  EDWARD M. WOLKOWITZ** |
| **Case Name:  CINEVISION INTERNATIONAL, INC.** | **Date Filed (f) or Converted (c):  03/22/2012 (c)** |
| | **341(a) Meeting Date:  05/18/2012** |
| **For Period Ending:  09/12/2019** | **Claims Bar Date:  07/05/2013** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  BANK ACCOUNTS | 2,000.00 | 0.00 | | 0.00 | FA |
| 2.  BANK ACCOUNTS | 220,000.00 | 0.00 | | 0.00 | FA |
| 3.  ACCOUNTS RECEIVABLE | 150,000.00 | 0.00 | | 0.00 | FA |
| 4.  MACHINERY AND SUPPLIES | Unknown | 0.00 | | 0.00 | FA |
| 5.  INVENTORY | 2,500.00 | 20,000.00 | | 20,000.00 | FA |
| 6.  OTHER | Unknown | 0.00 | | 0.00 | FA |
| 7.  Claim | 160,000.00 | 160,000.00 | | 0.00 | FA |
| 8.  Claim (u) | Unknown | 0.00 | | 0.00 | FA |
| 9.  FRAUDULENT/PREFERENTIAL TRANSFERS (u) | 500,000.00 | 500,000.00 | | 10,500.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | NA | | 0.00 | FA |

**Gross Value of Remaining Assets**

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 1,034,500.00 | 680,000.00 | | 30,500.00 | 0.00 |

Re Prop. #1  **Bank of America**
Re Prop. #2  **Union Bank (Funds attached by Plantiff in State Court Lawsuit)**
Re Prop. #3  **Receivables;Regular Receivables - $75,000;E1 Distribution Receivables - $75,000**
Re Prop. #4  **Post-production equipment (subject to nominal lease. See footnote on schedule G)**
Re Prop. #5  **DVDs**
Re Prop. #6  **Phone system, promotional materials, distribution, contracts, etc.**
Re Prop. #7  **Claim against John Krashna for diversion of funds.**
Re Prop. #8  **Claim against Visionary Artists, LLC, ISCI, Inc and Fred Faramarzi for malicious prosecution. (LASC Case No. BC428349 Complaint for Damages and Injunctive Relief) - ASSET ADDED BY AMENDED SCH B DOCKET #156**
Re Prop. #9  **UNDISCLOSED POST-PRODUCTION EQUIPMENT AND DVD's LOCATED AT 424 BAMBOO LANE, LOS ANGELES, CA 90012**

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **11-40813**                         Judge:  **Robert N. Kwan**                                   Trustee Name:  **EDWARD M. WOLKOWITZ**
Case Name:  **CINEVISION INTERNATIONAL, INC.**                                                    Date Filed (f) or Converted (c):  **03/22/2012 (c)**
                                                                                                          341(a) Meeting Date:  **05/18/2012**
For Period Ending:  **09/12/2019**                                                               Claims Bar Date:  **07/05/2013**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**CURRENT 06/30/2019**
The Trustee Final Report was submitted on July 2, 2019 and filed with the USBC on July 18th.  The Final Report hearing is set for August 20, 2019 @ 2:30 pm in courtroom 1675.

**THE PROJECTED DATE FOR THE FINAL REPORT IS 12/31/2018; 09/30/2019**

**CURRENT 03/31/2019**
The case was remanded to the bankruptcy court by the 9th Circuit.  On remand, the bankruptcy court set an evidentiary hearing in February 2019.
On March 13, 2019, the court entered a judgment which upheld the original award.

All assets have now been fully administered. The trustee is employing accountants to prepare the estate's final tax returns.

**THE PROJECTED DATE FOR THE FINAL REPORT IS 12/31/2018; 09/30/2019**

**CURRENT STATUS 12.30.2018**
Court on remand set an evidentiary hearing in Feb 2019.

**THE PROJECTED DATE FOR THE FINAL REPORT IS 12/31/2018; 09/30/2019**

**CURRENT STATUS 09.30.2018**
September 18, 2018, Pretrial Conference Hearing re Order After Remand RE: CC 15-1227
Judge Kwan set a one-day trial for this contested matter before the court on January 18, 2019 at 9 AM.

**THE PROJECTED DATE FOR THE FINAL REPORT IS 12/31/2018**

**CURRENT STATUS 06.30.2018**
After the 9th Circuit reversed and remanded, Judge Kwan set a pretrial conference for a contested matter by respondents Frank A Mayor and Cindy Gunadi on September 18, 2018 at 2:00 PM in Courtroom 1675.

cccc

**CURRENT STATUS 03.31.2018**
Judge Kwan ordered the parties to attend a post mandate status conference set for April 24, 2018.  At that time the Court will advise the parties how he intends to proceed following the 9th Circuit's remand.

**Exhibit 8**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:  11-40813
Case Name:  CINEVISION INTERNATIONAL, INC.

For Period Ending:  09/12/2019

Judge:  Robert N. Kwan

Trustee Name:  EDWARD M. WOLKOWITZ
Date Filed (f) or Converted (c): 03/22/2012 (c)
341(a) Meeting Date: 05/18/2012
Claims Bar Date: 07/05/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

THE PROJECTED DATE FOR THE FINAL REPORT IS 12/31/2018

CURRENT STATUS 12.31.2017
"THE NINTH CIRCUIT COURT OF APPEALS REMANDED THE CASE BACK TO JUDGE KWAN FOR THE COURT TO REVISE ITS ORDER AND TO ADD THE STANDARD HE USED IN SANCTIONING DEBTORS.  THEREFORE WE ARE WAITING FOR JUDGE KWAN TO DO JUST THAT, AND THERE DOES NOT SEEM TO BE A DEADLINE, SO WE MUST MONITOR THE SITUATION.  SEE ATTACHED JUDGEMENT FROM THE NINTH CIRCUIT".

THE PROJECTED DATE FOR THE FINAL REPORT IS 3/31/2018; 09/30/2018

CURRENT STATUS 09.30.2017
Pending litigation - My special counsel is waiting for the Ninth Circuit to set an oral argument date for the defendants' appeal of a judgment in favor of the estate.  It was initially believed that this would occur in June 2017, but that did not happen.

THE PROJECTED DATE FOR THE FINAL REPORT IS MARCH 31, 2018

CURRENT STATUS 06.30.2017
SPECIAL COUNSEL IS STILL WAITING FOR THE NINTH CIRCUIT TO SET AN ORAL ARGUMENT DATE FOR DEFENDANTS' APPEAL OF A JUDGMENT IN FAVOR OF THE ESTATE.  IT WAS INITIALLY BELIEVED THAT THIS WOULD OCCUR IN JUNE 2017, BUT THAT DID NOT HAPPEN
THE PROJECTED DATE FOR THE FINAL REPORT IS AUGUST 30, 2017.
HOWEVER THE TRUSTEE IS REQUESTING AN EXTENSION TO MARCH 31, 2018.

CURRENT STATUS 03.31.2017
THE SPECIAL LITIGATION COUNSEL IS WAITING FOR THE 9TH CIRCUIT TO SET THE CASE FOR ORAL ARGUMENT. ORAL ARGUMENT IS ANTICIPATED FOR EARLY JUNE 2017.
THE PROJECTED DATE FOR THE FINAL REPORT IS AUGUST 30, 2017.

CURRENT STATUS 12.31.16
ON JUNE 13, 2016, A WRIT OF EXECUTION WAS ISSUED BY THE BANKRUPTCY COURT TO ENFORCE THE JUDGMENT DATED JULY 8, 2015 IN WHICH DEFENDANTS FRANK A. MAYOR AND CINDY GUNADI WAS TO PAY $99,745.24 TO COUNSEL FOR TRUSTEE IN SANCTIONS FOR FAILURE TO TURN OVER PROPERTYBELONGING TO THE BANKRUPTCY ESTATE. THE AWARD HAD BEEN APPEALED TO THE 9TH CIRCUIT AND THE BAP OPINION WAS ISSUED AGAINST THEM. THE DEFENDANTS HAVE NOW APPEALED THAT BAP OPINION, AND ARE NOW WAITING ON THE 9 CIRCUIT TO SCHEDULE AN ORAL ARGUMENT. MY ACCOUNTANTS WILL THEN ASSESS WHETHER

Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **11-40813**                    Judge:  **Robert N. Kwan**                    Trustee Name:  **EDWARD M. WOLKOWITZ**
Case Name:  **CINEVISION INTERNATIONAL, INC.**                    Date Filed (f) or Converted (c):  **03/22/2012 (c)**
                    341(a) Meeting Date:  **05/18/2012**
For Period Ending:  **09/12/2019**                    Claims Bar Date:  **07/05/2013**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

FINAL ESTATE TAX RETURNS ARE REQUIRED, THEREFORE THE PROJECTED DATE FOR THE FINAL REPORT IS AUGUST 30, 2017.


CURRENT STATUS 09.30.16
ON JUNE 13, 2016, A WRIT OF EXECUTION WAS ISSUED BY THE BANKRUPTCY COURT TO ENFORCE THE JUDGMENT DATED JULY 8, 2015 IN WHICH CINDY GUNADI WAS TO PAY $99,745.24 TO COUNSEL FOR TRUSTEE IN SANCTIONS FOR FAILURE TO TURN OVER PROPERTY BELONGING TO THE BANKRUPTCY ESTATE THE AWARD HAS BEEN APPEALED TO THE NINTH CIRCUIT. ONCE A DECISION IS ISSUED, MY ACCOUNTANTS WILL ASSESS WHETHER FINAL ESTATE TAX RETURNS ARE REQUIRED AND, THEREAFTER, THE CASE CLOSING PROCESS CAN COMMENCE. PROJECTED DATE OF TFR IS MARCH 31, 2017.

CURRENT STATUS 06.30.16
ON JUNE 13, 2016, A WRIT OF EXECUTION WAS ISSUED BY THE BANKRUPTCY COURT TO ENFORCE THE JUDGMENT DATED JULY 8, 2015 IN WHICH CINDY GUNADI IS TO PAY $99,745.24 TO COUNSEL FOR TRUSTEE IN SANCTIONS FOR CONTEMPT OF COURT FOR BREACH OF AUTOMATIC STAY AND FAILURE TO TURN OVER PROPERTY BELONGING TO THE BANKRUPTCY ESTATE. ACCOUNTANTS WILL ASSESS WHETHER FINAL ESTATE TAX RETURNS ARE REQUIRED AND THEREAFTER CLOSING CAN COMMENCE. PROJECTED DATE OF TFR IS DECEMBER 31, 2016.


CURRENT STATUS 03.31.16
THE CASE IS CURRENTLY ON APPEAL BEFORE THE 9TH CIRCUIT. MAYOR AND GUNADI LOST THEIR FIRST APPEAL BEFORE THE BAP. AN APPELLATE BRIEF WILL BE PREPARED PER THE SCHEDULE. ONCE THE APPEAL IS OVER, WE CAN CONTINUE WITH THE ADMINISTRATION OF THE ASSETS. WHEN ALL ASSETS ARE COMPLETELY ADMINISTERED WE WILL ASSESS WHETHER FINAL ESTATE TAX RETURNS ARE REQUIRED AND THEREAFTER CLOSING CAN COMMENCE. PROJECTED DATE OF TFR IS 12/31/16.


CURRENT STATUS 03.31.15:
THE ADVERSARY PROCEEDING HAS BEEN CLOSED. JUDGE ENTERED AN ORDER IN FAVOR OF THE TRUSTEE IN THE AMOUNT OF $10,500, WHICH THE ESTATE HAS YET TO RECEIVED. JUDGE ALSO GRANTED IN FAVOR OF TRUSTEE THE TURNOVER OF THE DVDs AND THE POST PRODUCTION EQUIPMENT. THE JUDGMENT FOR THE VALUE OF THE NON-MONETARY ESTATE PROPERTY IS DENIED ABSENT FURTHER ADJUDICATION TO DETERMINE THE VALUE OF THE NON-MONETARY ESTATE PROPERTY. CLOSING CANNOT COMMENCE UNTIL THE ESTATE RECEIVES THE MONEY, DVDs AND POST PRODUCTION EQUIPMENT. -----

ON JANUARY 13, 2015, PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION OF ISSUES AND RELATED PLEADINGS WERE FILED. ON JANUARY 13, 2015, CONFORMED COPIES OF THE MSJ AND RELATED DECLARATIONS WERE PROVIDED TO THE TRUSTEE'S OFFICE VIA EMAIL AS WELL. THE MSJ IS CURRENTLY SET FOR HEARING ON MARCH 4, 2015 BEFORE THE HON. THOMAS DONOVAN. A CONTINUED STATUS CONFERENCE IS SET FOR FEBRUARY 18, 2015 AT 10:00 A.M. WHICH MAY COME OFF CALENDAR GIVEN THE MSJ HEARING DATE. (1.14.14)

THE COURT ORDERED PLAINTIFF TO FILE A MOTION FOR SUMMARY JUDGMENT BY JANUARY 13, 2015
 WE ARE CURRENTLY MARSHALLING ALL OF THE UNDISPUTED FACTS AND EXHIBITS FOR THE MSJ (12.31.14)

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **11-40813**                                  Judge: **Robert N. Kwan**                                  Trustee Name: **EDWARD M. WOLKOWITZ**
Case Name: **CINEVISION INTERNATIONAL, INC.**                                  Date Filed (f) or Converted (c): **03/22/2012 (c)**
                                                                                                              341(a) Meeting Date: **05/18/2012**
For Period Ending: **09/12/2019**                                  Claims Bar Date: **07/05/2013**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

SPECIAL COUNSEL FOR TRUSTEE STATES AS FOLLOWS: ON SEPTEMBER 29, 2014, WE TOOK THE DEPOSITION OF FRANK MAYOR, CEO OF DEBTOR
WE CONTINUED THE DEPOSITION OF CINDY GUNADI AS HER TESTIMONY MAY NOT BE NECESSARY AT THIS TIME. WE HAVE ALSO SERVED TWO ADDITIONAL SUBPOENAS, THE FIRST ON EONE ENTERTAINMENT TO ASCERTAIN WHICH DVD TITLES HE CLAIMS THAT THE TRUSTEE ABONDONDED AND THE SECOND ON MOMEDIA ENTERTAINMENT AS FRANK MAYOR INTERCEPTED A POSTPETITION PAYMENT OF $10,500 DUE DEBTOR TO THE DEFENDANT CINEVISION GLOBAL, INC.
THERE IS A CONTINUED STATUS CONFERENCE ON NOVEMBER 12, 2014 BEFORE JUDGE DONOVAN
WE WILL PREPARE AND FILE A SECOND JOINT STATUS REPORT
AT THE STATUS CONFERENCE I WILL REQUEST MEDIATION AND INDICATE TO THE COURT THAT WE POSSESS SUFFICIENT EVIDENCE TO FILE FOR OUR MSJ. (09.30.14)

SPECIAL COUNSEL FOR TRUSTEE APPEARED AT A STATUS CONFERENCE BEFORE JUDGE DONOVAN ON JULY 10, 2014 WHEREIN THE COURT SET A DISCOVERY CUT-OFF DATE OF OCTOBER 31, 2014 AND SET A FURTHER STATUS HEARING OF NOVEMBER 13, 2014
SPECIAL COUNSEL WILL PREPARE SCHEDULING ORDER
SPECIAL COUNSEL IS IN PROCESS OF SERVING 11 THIRD PARTY SUBPOENAS TO LEASING COMPANIES OF DEBTOR TO FURTHER CONFIRM OWNERSHIP OF THE POST-PRODUCTION EQUIPMENT AT ISSUE
SITE INSPECTION OF THE POST-PRODUCTION EQUIPMENT IS CURRENTLY SET FOR AUGUST 6, 2014 AT 424 BAMBOO LANE, LOS ANGELES, CA 90012 (07.11.14)

PREPARATION OF FINAL ESTATE TAX RETURNS WERE CEASED AS TRUSTEE WAS APPROACHED BY ATTORNEYS WHO WHO ARE WILLING TO PURSUE THE AVOIDANCE OF FRAUDULENT TRANSFER CLAIMS. CLAIMS REVIEW HAS BEEN COMPLETED. THERE WERE TWO OBJECTIONS FILED AND SUSTAINED BY THE COURT. CURRENTLY IN THE PROCESS OF HIRING SPECIAL COUNSEL TO PURSUE THIRD PARTY CLAIM. (12/31/13)

TRUSTEE HAS FILED AN APPLICATION TO EMPLOY SPECIAL COUNSEL, BRADLEY YOURIST ON NOVEMBER 26, 2013. COUNSEL WILL PURSUE UNSCHEDULED PROPERTY OF THE ESTATE. 1/13/14.

TRUSTEE NO LONGER PURSUING CLAIMS AGAINST 3RD PARTIES. THERE ARE NO OTHER ASSETS TO PURSUE. COMMENCING CLAIMS REVIEW. THE TRUSTEE HAS FORWARDED INFORMATION TO ACCOUNTANTS TO PREPARE FINAL ESTATE TAX RETURNS. UPON RECEIPT OF TAX CLEARANCE OR 60 DAYS OF FILING THE TAX RETURNS, TRUSTEE WILL PROCEED WITH CLOSE OF CASE. (09.24.13)

CLAIMS BAR HAS BEEN RESET TO 7/5/13, AS MATTER WAS CONVERTED TO A CHAPTER 7. TRUSTEE LOOKING FOR COUNSEL TO REPRESENT HIM WITH REGARD TO PURSUING CLAIMS AGAINST 3RD PARTIES. (3/31/13)(06/30/13)

ORDER AUTHORIZING SALE OF PERSONAL PROPERTY HAS BEEN ENTERED ON 12/3/12. MONEY RECEIVED ON 12/19/12. CLAIMS HAD BEEN PREVIOUSLY SET BY COURT AND HAS EXPIRED. REVIEWING TO SEE IF THERE ARE ANY FURTHER ASSETS TO ADMINISTER. (12/31/12)

THE VOLUNTARY CHAPTER 11 PETITION WAS FILED ON 7/19/11. IT WAS THEN CONVERTED TO CHAPTER 7 ON 3/22/12, THEREAFTER, EDWARD M. WOLKOWITZ WAS APPOINTED CHAPTER 7 TRUSTEE. 341(a) HAS BEEN CONCLUDED. THERE IS CURRENTLY A STATUS CONFERENCE AND A MOTION TO DISMISS COUNTER CLAIM HEARING SET FOR 12/13/12. (9/30/2012)
  [Edward Wolkowitz 2014-03-06 06:00:00]

**Exhibit 8**

Page 6

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:  11-40813**                       Judge:  **Robert N. Kwan**                       Trustee Name:  **EDWARD M. WOLKOWITZ**
**Case Name:  CINEVISION INTERNATIONAL, INC.**                                        Date Filed (f) or Converted (c):  **03/22/2012 (c)**
                                                                          341(a) Meeting Date:  **05/18/2012**
**For Period Ending:  09/12/2019**                                            Claims Bar Date:  **07/05/2013**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2013          **Current Projected Date of Final Report(TFR) :** 09/30/2019

**Trustee's Signature**      /s/EDWARD M. WOLKOWITZ                     **Date:**  09/12/2019
                         EDWARD M. WOLKOWITZ
                         800 S. Figueroa Street, #1260
                         Los Angeles, CA 90017
                         Phone : (310) 229-1234

**Exhibit 8**

**FORM 3**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-40813 | |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | |
| **Taxpayer ID No:** **-***6419 | |
| **For Period Ending:** 9/12/2019 | |

| | |
|---|---|
| **Trustee Name:** EDWARD M. WOLKOWITZ |
| **Bank Name:** Texas Capital Bank |
| **Account Number/CD#:** ******6770 |
| **Account Name** Checking Account |
| **Blanket bond (per case limit):** 5,000,000.00 |
| **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/08/2017 | | Transfer from Associated Bank | Transfer of funds from account ending 8003 | 9999-000 | 30,139.49 | | 30,139.49 |
| 07/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 32.29 | 30,107.20 |
| 08/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 42.07 | 30,065.13 |
| 09/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 42.01 | 30,023.12 |
| 10/04/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.96 | 29,981.16 |
| 11/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.90 | 29,939.26 |
| | | | Page Subtotals | | 30,139.49 | 200.23 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)                                    **Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** | 11-40813 | | | **Trustee Name:** | EDWARD M. WOLKOWITZ | |
| **Case Name:** | CINEVISION INTERNATIONAL, INC. | | | **Bank Name:** | Texas Capital Bank | |
| | | | | **Account Number/CD#:** | ******6770 | |
| | | | | **Account Name** | Checking Account | |
| **Taxpayer ID No:** | **-***6419 | | | **Blanket bond (per case limit):** | 5,000,000.00 | |
| **For Period Ending:** | 9/12/2019 | | | **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.84 | 29,897.42 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.78 | 29,855.64 |
| 02/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.72 | 29,813.92 |
| 02/08/2018 | 52001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium NO. 061030867 TERM 01/04/2018 - 01/04/2019 | 2300-000 | | 14.61 | 29,799.31 |
| 03/05/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.66 | 29,757.65 |
| | | | Page Subtotals | | 0.00 | 181.61 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **11-40813** | Trustee Name: **EDWARD M. WOLKOWITZ** | |
| Case Name: **CINEVISION INTERNATIONAL, INC.** | Bank Name: **Texas Capital Bank** | |
| | Account Number/CD#: ********6770** | |
| | Account Name **Checking Account** | |
| Taxpayer ID No: **\*\*-\*\*\*6419** | Blanket bond (per case limit): **5,000,000.00** | |
| For Period Ending: **9/12/2019** | Separate bond (if applicable): **0.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.59 | 29,716.06 |
| 05/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.52 | 29,674.54 |
| 06/04/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.47 | 29,633.07 |
| 07/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.41 | 29,591.66 |
| 08/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.35 | 29,550.31 |
| | | | Page Subtotals | | 0.00 | 207.34 | |

**Exhibit 9**

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 11-40813 | **Trustee Name:** EDWARD M. WOLKOWITZ |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******6770 |
| **Taxpayer ID No:** **-***6419 | **Account Name** Checking Account |
| **For Period Ending:** 9/12/2019 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/04/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.29 | 29,509.02 |
| 10/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.24 | 29,467.78 |
| 02/01/2019 | 52002 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Bond Premium # 016030867 1/4/19-1/4/20<br>PER LBR 2016-2(c) | 2300-000 | | 2.45 | 29,465.33 |
| *08/22/2019 | 52003 | EDWARD M WOLKOWITZ<br>CHAPTER 7 TRUSTEE<br>800 S FIGUEROA STREET, #1260<br>LOS ANGELES, CA 90017 | TRUSTEE FEES | 2100-003 | | 3,800.00 | 25,665.33 |
| *08/22/2019 | | EDWARD M WOLKOWITZ<br>CHAPTER 7 TRUSTEE<br>800 S FIGUEROA STREET, #1260<br>LOS ANGELES, CA 90017 | TRUSTEE FEES | 2100-003 | | (3,800.00) | 29,465.33 |
| *08/22/2019 | 52004 | EDWARD M WOLKOWITZ<br>800 S FIGUEROA STREET, STE 1260<br>LOS ANGELES, CA 90017 | TRUSTEE EXPENSES | 2200-003 | | 198.17 | 29,267.16 |
| | | | Page Subtotals | | 0.00 | 283.15 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-40813 | **Trustee Name:** EDWARD M. WOLKOWITZ |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******6770 |
| **Taxpayer ID No:** **-***6419 | **Account Name** Checking Account |
| **For Period Ending:** 9/12/2019 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *08/22/2019 | | EDWARD M WOLKOWITZ<br>800 S FIGUEROA STREET, STE 1260<br>LOS ANGELES, CA 90017 | TRUSTEE EXPENSES | 2200-003 | | (198.17) | 29,465.33 |
| *08/22/2019 | 52005 | CLERK OF THE COURT<br>UNITED STATES BANKRUPTCY COURT<br>255 E TEMPLE STREET ROOM 100<br>LOS ANGELES, CA 90012 | COMPLIANT | 2700-003 | | 543.00 | 28,922.33 |
| *08/22/2019 | | CLERK OF THE COURT<br>UNITED STATES BANKRUPTCY COURT<br>255 E TEMPLE STREET ROOM 100<br>LOS ANGELES, CA 90012 | COMPLIANT | 2700-003 | | (543.00) | 29,465.33 |
| *08/22/2019 | 52006 | DONALD T. FIFE<br>HAHN FIFE & COMPANY, LLP<br>790 E COLORADO BLVD., 9TH FLOOR<br>PASADENA, CA 91101 | ACCOUNTANT FOR TRUSTEE - FEES | 3410-003 | | 7,602.00 | 21,863.33 |
| *08/22/2019 | | DONALD T. FIFE<br>HAHN FIFE & COMPANY, LLP<br>790 E COLORADO BLVD., 9TH FLOOR<br>PASADENA, CA 91101 | ACCOUNTANT FOR TRUSTEE - FEES | 3410-003 | | (7,602.00) | 29,465.33 |
| *08/22/2019 | 52007 | DONALD T. FIFE<br>HAHN FIFE & COMPANY, LLP<br>790 E COLORADO BLVD., 9TH FLOOR<br>PASADENA, CA 91101 | ACCOUNTANT FOR TRUSTEE - FEES | 3420-003 | | 923.50 | 28,541.83 |
| | | | Page Subtotals | | 0.00 | 725.33 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 11-40813 | **Trustee Name:** EDWARD M. WOLKOWITZ | |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******6770 | |
| **Taxpayer ID No:** **-***6419 | **Account Name** Checking Account | |
| **For Period Ending:** 9/12/2019 | **Blanket bond (per case limit):** 5,000,000.00 | |
| | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *08/22/2019 | | DONALD T. FIFE<br>HAHN FIFE & COMPANY, LLP<br>790 E COLORADO BLVD., 9TH FLOOR<br>PASADENA, CA 91101 | ACCOUNTANT FOR TRUSTEE - FEES | 3420-003 | | (923.50) | 29,465.33 |
| *08/22/2019 | 52008 | MARC A LIEBERMAN<br>FREDMAN KNUPFER LIEBERMAN LLP<br>1875 CENTURY PARK EAST, SUITE 2200<br>LOS ANGELES , CA 90067 | ATTORNEY FOR DEBTOR - FEES (CH 11) | 6210-003 | | 3,380.31 | 26,085.02 |
| *08/22/2019 | | MARC A LIEBERMAN<br>FREDMAN KNUPFER LIEBERMAN LLP<br>1875 CENTURY PARK EAST, SUITE 2200<br>LOS ANGELES , CA 90067 | ATTORNEY FOR DEBTOR - FEES (CH 11) | 6210-003 | | (3,380.31) | 29,465.33 |
| *08/22/2019 | 52009 | MARC A LIEBERMAN<br>FREDMAN KNUPFER LIEBERMAN LLP<br>1875 CENTURY PARK EAST, SUITE 2200<br>LOS ANGELES , CA 90067 | ATTORNEY FOR DEBTOR - EXP (CH 11) | 6220-003 | | 187.31 | 29,278.02 |
| *08/22/2019 | | MARC A LIEBERMAN<br>FREDMAN KNUPFER LIEBERMAN LLP<br>1875 CENTURY PARK EAST, SUITE 2200<br>LOS ANGELES , CA 90067 | ATTORNEY FOR DEBTOR - EXP (CH 11) | 6220-003 | | (187.31) | 29,465.33 |
| | | | Page Subtotals | | 0.00 | (923.50) | |

UST Form 101-7-TDR (10/1/2010) (Page 18)                         **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | **11-40813** | |
| Case Name: | **CINEVISION INTERNATIONAL, INC.** | |
| | | |
| Taxpayer ID No: | **\*\*-\*\*\*6419** | |
| For Period Ending: | **9/12/2019** | |

| | |
|---|---|
| Trustee Name: | **EDWARD M. WOLKOWITZ** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*6770** |
| Account Name | **Checking Account** |
| Blanket bond (per case limit): | **5,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *08/22/2019 | 52010 | FRANCHISE TAX BOARD BANKRUPTCY SECTION, MS: A-345 PO BOX 2952 SACRAMENTO , CA 95812-2952 | 2011 TAX | 2990-003 | | 823.68 | 28,641.65 |
| *08/22/2019 | | FRANCHISE TAX BOARD BANKRUPTCY SECTION, MS: A-345 PO BOX 2952 SACRAMENTO , CA 95812-2952 | 2011 TAX | 2990-003 | | (823.68) | 29,465.33 |
| *08/22/2019 | 52011 | LOS ANGELES COUNTY TREASURER AND TA PO Box 54110 Los Angeles , CA 90054-0110 | 2012 TAX | 2990-003 | | 537.78 | 28,927.55 |
| *08/22/2019 | | LOS ANGELES COUNTY TREASURER AND TA PO Box 54110 Los Angeles , CA 90054-0110 | 2012 TAX | 2990-003 | | (537.78) | 29,465.33 |
| *08/22/2019 | 52012 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO Box 2952 Sacramento, CA 95812 | 2012 - 2019 TAXES | 2990-003 | | 8,724.96 | 20,740.37 |
| | | | Page Subtotals | | 0.00 | 8,724.96 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-40813 | **Trustee Name:** EDWARD M. WOLKOWITZ |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******6770 |
| | **Account Name** Checking Account |
| **Taxpayer ID No:** **-***6419 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 9/12/2019 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *08/22/2019 | | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO Box 2952 Sacramento, CA 95812 | 2012 - 2019 TAXES | 2990-003 | | (8,724.96) | 29,465.33 |
| *08/22/2019 | 52013 | UNITED STATES TRUSTEE 915 WILSHIRE BLVD STE 1850 Los Angeles , CA 90017 | CH 11 QUARTERLY FEES | 2950-003 | | 975.00 | 28,490.33 |
| *08/22/2019 | | UNITED STATES TRUSTEE 915 WILSHIRE BLVD STE 1850 Los Angeles , CA 90017 | CH 11 QUARTERLY FEES | 2950-003 | | (975.00) | 29,465.33 |
| *08/22/2019 | 52014 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR PO Box 54110 Los Angeles, CA 90054 | 2013 TAX | 2990-003 | | 1,769.62 | 27,695.71 |
| *08/22/2019 | | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR PO Box 54110 Los Angeles, CA 90054 | 2013 TAX | 2990-003 | | (1,769.62) | 29,465.33 |
| | | | Page Subtotals | | 0.00 | (8,724.96) | |

UST Form 101-7-TDR (10/1/2010) (Page 20)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-40813 | Trustee Name: | EDWARD M. WOLKOWITZ |
|---|---|---|---|
| Case Name: | CINEVISION INTERNATIONAL, INC. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******6770 |
| | | Account Name | Checking Account |
| Taxpayer ID No: | **-***6419 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/12/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2019 | 52015 | EDWARD M WOLKOWITZ<br>CHAPTER 7 TRUSTEE<br>800 S FIGUEROA STREET, #1260<br>LOS ANGELES, CA 90017 | TRUSTEE FEES PER ORDER ENTERED 08/21/2019 | 2100-000 | | 3,800.00 | 25,665.33 |
| 08/22/2019 | 52016 | EDWARD M WOLKOWITZ<br>800 S FIGUEROA STREET, STE 1260<br>LOS ANGELES, CA 90017 | TRUSTEE EXPENSES PER ORDER ENTERED 08/21/2019 | 2200-000 | | 198.17 | 25,467.16 |
| 08/22/2019 | 52017 | CLERK OF THE COURT<br>UNITED STATES BANKRUPTCY COURT<br>255 E TEMPLE STREET ROOM 100<br>LOS ANGELES, CA 90012 | COMPLAINT PER ORDER ENTERED 08/21/2019 | 2700-000 | | 543.00 | 24,924.16 |
| 08/22/2019 | 52018 | DONALD T. FIFE<br>HAHN FIFE & COMPANY, LLP<br>790 E COLORADO BLVD., 9TH FLOOR<br>PASADENA, CA 91101 | ACCOUNTANT FOR TRUSTEE - FEES PER ORDER ENTERED 08/21/2019 | 3410-000 | | 7,602.00 | 17,322.16 |
| 08/22/2019 | 52019 | DONALD T. FIFE<br>HAHN FIFE & COMPANY, LLP<br>790 E COLORADO BLVD., 9TH FLOOR<br>PASADENA, CA 91101 | ACCOUNTANT FOR TRUSTEE - EXPENSES PER ORDER ENTERED 08/21/2019 | 3420-000 | | 923.50 | 16,398.66 |
| 08/22/2019 | 52020 | MARC A LIEBERMAN<br>FREDMAN KNUPFER LIEBERMAN LLP<br>1875 CENTURY PARK EAST, SUITE 2200<br>LOS ANGELES , CA 90067 | ATTORNEY FOR DEBTOR - FEES (CH 11) PER ORDER ENTERED 08/21/2019 | 6210-000 | | 3,380.31 | 13,018.35 |

| | | | Page Subtotals | | 0.00 | 16,446.98 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 11-40813 | **Trustee Name:** EDWARD M. WOLKOWITZ | |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******6770 | |
| **Taxpayer ID No:** **-***6419 | **Account Name** Checking Account | |
| **For Period Ending:** 9/12/2019 | **Blanket bond (per case limit):** 5,000,000.00 | |
| | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2019 | 52021 | MARC A LIEBERMAN FREDMAN KNUPFER LIEBERMAN LLP 1875 CENTURY PARK EAST, SUITE 2200 LOS ANGELES , CA 90067 | ATTORNEY FOR DEBTOR - EXP (CH 11) PER ORDER ENTERED 08/21/2019 | 6220-000 | | 187.31 | 12,831.04 |
| 08/22/2019 | 52022 | FRANCHISE TAX BOARD BANKRUPTCY SECTION, MS: A-345 PO BOX 2952 SACRAMENTO , CA 95812-2952 | 2011 TAX PER ORDER ENTERED 08/21/2019 | 2990-000 | | 823.68 | 12,007.36 |
| 08/22/2019 | 52023 | LOS ANGELES COUNTY TREASURER AND TA PO Box 54110 Los Angeles , CA 90054-0110 | 2012 TAX PER ORDER ENTERED 08/21/2019 | 2990-000 | | 537.78 | 11,469.58 |
| 08/22/2019 | 52024 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO Box 2952 Sacramento, CA 95812 | 2012 - 2019 TAXES PER ORDER ENTERED 08/21/2019 | 2990-000 | | 8,724.96 | 2,744.62 |
| 08/22/2019 | 52025 | UNITED STATES TRUSTEE 915 WILSHIRE BLVD STE 1850 Los Angeles , CA 90017 | CH 11 QUARTERLY FEES PER ORDER ENTERED 08/21/2019 | 2950-000 | | 975.00 | 1,769.62 |
| | | | Page Subtotals | | 0.00 | 11,248.73 | |

UST Form 101-7-TDR (10/1/2010) (Page 22)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | **11-40813** | |
| Case Name: | **CINEVISION INTERNATIONAL, INC.** | |
| Taxpayer ID No: | **\*\*-\*\*\*6419** | |
| For Period Ending: | **9/12/2019** | |

| | |
|---|---|
| Trustee Name: | **EDWARD M. WOLKOWITZ** |
| Bank Name: | **Texas Capital Bank** |
| Account Number/CD#: | **\*\*\*\*\*\*6770** |
| Account Name | **Checking Account** |
| Blanket bond (per case limit): | **5,000,000.00** |
| Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2019 | 52026 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR PO Box 54110 Los Angeles, CA 90054 | 2013 TAX PER ORDER ENTERED 08/21/2019 | 2990-000 | | 1,769.62 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 1,769.62 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 30,139.49 | 30,139.49 |
| Less:Bank Transfer/CD's | 30,139.49 | 0.00 |
| **SUBTOTALS** | 0.00 | 30,139.49 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 30,139.49 |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-40813 | **Trustee Name:** EDWARD M. WOLKOWITZ |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******8003 |
| **Taxpayer ID No:** **-***6419 | **Account Name** Checking Account |
| **For Period Ending:** 9/12/2019 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/19/2012 | [5] | ENTERTAINMENT ONE FILM 22 HARBOR PARK DRIVE PORT WASHINGTON, NEW YORK 110050-4617 | SALE OF ESTATE'S RIGHT, TITLE AND I SALE OF ESTATE'S RIGHT, TITLE AND I | 1129-000 | 20,000.00 | | 20,000.00 |
| 01/08/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.93 | 19,995.07 |
| 02/01/2013 | 1001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | LBR 2016-2(b)(1) BOND PREMIUM - BOND#016030867 | 2300-000 | | 37.61 | 19,957.46 |
| 02/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.72 | 19,927.74 |
| 03/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.78 | 19,900.96 |
| 04/05/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.59 | 19,871.37 |
| 05/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.59 | 19,842.78 |
| 06/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.50 | 19,813.28 |
| 07/08/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.51 | 19,784.77 |
| | | | Page Subtotals | | 20,000.00 | 215.23 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 11-40813 | **Trustee Name:** | EDWARD M. WOLKOWITZ |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** | Associated Bank |
| | **Account Number/CD#:** | ******8003 |
| **Taxpayer ID No:** **-***6419 | **Account Name** | Checking Account |
| **For Period Ending:** 9/12/2019 | **Blanket bond (per case limit):** | 5,000,000.00 |
| | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/07/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.42 | 19,755.35 |
| 08/16/2013 | 1002 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | LBR 2016-2(b)(1) LIBERTY MUTUAL INSURANCE CO.BOND# 016030867TERM: 01/04/13 TO 01/04/14 | 2300-000 | | 2.59 | 19,752.76 |
| 09/09/2013 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.37 | 19,723.39 |
| 01/03/2014 | 1003 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | LBR 2016-2(b)(1) BOND NO. 016030867TERM: 01/04/14 TO 01/04/15 | 2300-000 | | 21.30 | 19,702.09 |
| 02/19/2014 | 1004 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST NEW ORLEANS , LA 70139 | LBR 2016-2(b)(1) | 2300-000 | | 8.63 | 19,693.46 |
| 03/25/2015 | 1005 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | LBR 2016-2(b)(1) | 2300-000 | | 7.56 | 19,685.90 |
| 05/14/2015 | [9] | YOURIST LAW CORPORATION | TURNOVER OF FUNDS | 1249-000 | 10,500.00 | | 30,185.90 |
| 08/13/2015 | 1006 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | LBR 2016-2(b)(1) Bond Premium | 2300-000 | | 7.39 | 30,178.51 |
| | | | Page Subtotals | | 10,500.00 | 106.26 | |

UST Form 101-7-TDR (10/1/2010) (Page 25)                    **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 11-40813 | **Trustee Name:** EDWARD M. WOLKOWITZ |
| **Case Name:** CINEVISION INTERNATIONAL, INC. | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******8003 |
| **Taxpayer ID No:** **-***6419 | **Account Name** Checking Account |
| **For Period Ending:** 9/12/2019 | **Blanket bond (per case limit):** 5,000,000.00 |
| | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/24/2016 | 1007 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | LBR 2016-2(b)(1) Bond Premium | 2300-000 | | 31.76 | 30,146.75 |
| 04/18/2016 | 1008 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET, SUITE 420 NEW ORLEANS , LA 70139 | LBR 2016-2(b)(1) BOND PREMIUM | 2300-000 | | 7.26 | 30,139.49 |
| 06/08/2017 | | Transfer to Texas Capital Bank | Transfer of funds to account ending 6770 | 9999-000 | | 30,139.49 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 30,178.51 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 30,500.00 | 30,500.00 |
| Less:Bank Transfer/CD's | 0.00 | 30,139.49 |
| **SUBTOTALS** | 30,500.00 | 360.51 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 30,500.00 | 360.51 |

| | |
|---|---|
| All Accounts Gross Receipts: | 30,500.00 |
| All Accounts Gross Disbursements: | 30,500.00 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******8003 Checking Account | 30,500.00 | 360.51 | |
| ******6770 Checking Account | 0.00 | 30,139.49 | |

UST Form 101-7-TDR (10/1/2010) (Page 26)                                    **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-40813 | | Trustee Name: | EDWARD M. WOLKOWITZ |
|---|---|---|---|---|
| Case Name: | CINEVISION INTERNATIONAL, INC. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******8003 |
| Taxpayer ID No: | **-***6419 | | Account Name | Checking Account |
| For Period Ending: | 9/12/2019 | | Blanket bond (per case limit): | 5,000,000.00 |
| | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 30,500.00 | 30,500.00 | 0.00 |

**Exhibit 9**